McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
MISDEMEANOR UNIT
Federal Building
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000



FILED

MAR 2 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06-CR-00082 LJO |
| Plaintiff, | APPLICATION AND AFFIDAVIT IN SUPPORT OF WARRANT FOR ARREST OF GUILLERMO H. DIAZ ON INFORMATION |
| v. | |
| GUILLERMO H. DIAZ, | |
| Defendant. | |

The United States by the undersigned counsel respectfully requests that a warrant be issued on an Information pursuant to Fed. R. Crim. P. 9(a). The government believes that probable cause exists to believe that an offense was committed and the defendant, Guillermo H. Diaz committed it.

DATED: 3/20/06

McGREGOR W. SCOTT
United States Attorney



By _____
STANLEY A. BOONE
Assistant U.S. Attorney

1

## AFFIDAVIT

I, Christopher D. Deutsche, being duly sworn, depose and state the following:

1. I am a Special Agent for the United States Department of Treasury, Office of the Treasury Inspector General for Tax Administration (TIGTA), and have been so employed for over seven years. I have been a criminal investigator totaling more than fifteen years. In that capacity, I have investigated various crimes including theft and embezzlement of Government funds by Internal Revenue Service (IRS) employees.

2. This affidavit is made in support of an Information and Arrest Warrant charging GUILLERMO H. DIAZ, (SSN 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; DOB 10/16/1981), of 2630 E. Berkeley Terrace, Fresno, CA, 93703, with theft of Government property, namely, the theft of one emergency salary payment in the amount of $743.73 issued by the IRS, in violation of Title 18 U.S.C. § 641 (Theft of Government Property). The following information is based upon my investigation.

3. An emergency salary payment is issued when an employee of the IRS does not receive their normal salary paycheck, and they complete an Application for Emergency Salary Payment (ESP). A recertified payment or duplicate paycheck is subsequently issued, at which time the ESP is to be reimbursed to the Government.

4. On May 17, 2004, I initiated a criminal investigation on DIAZ after receiving information that DIAZ failed to properly reimburse the United States Government for an ESP in the amount of $743.73. On February 27, 2003, DIAZ applied for and received the ESP after he did not receive his paycheck from the IRS. A recertified payment (duplicate paycheck) was sent to DIAZ on April 1, 2003, at which time he was required to reimburse the Government for the ESP. Between April and

September 2003, DIAZ was notified at least three times that he was required to pay the ESP back, but DIAZ never responded.

5. I reviewed IRS employment records which disclosed that DIAZ was employed by the IRS as a seasonal Mail and/or File Clerk at the IRS Fresno Service Center, 5045 E. Butler Avenue, Fresno, California from February 27, 2000 to October 14, 2004.

6. I interviewed DIAZ at which time he admitted receiving and cashing the ESP as well as the recertified payment. DIAZ stated he knew he had to repay the ESP but intentionally did not do so.

7. Based on the foregoing facts, there is probable cause to believe that between February 27, 2003 and September 9, 2003, in the Eastern District of California, GUILLERMO H. DIAZ, did violate provisions of Title 18, U.S.C., § 641, in that, he stole or otherwise obtained one emergency salary payment from the IRS, knowingly failed to reimburse the Government as required, and thereby converted such monies for personal gain. Accordingly, your affiant respectfully requests that this application for a warrant of arrest be issued for the arrest of GUILLERMO H. DIAZ, for violating Title 18 U.S.C., § 641 (Theft).

Christopher D. Deutsche, Special Agent
U.S. Department of Treasury
Office of the Treasury Inspector General
for Tax Administration

Subscribed and sworn to before
me on this 20th day of March 2006,
at Fresno, California.

Honorable LAWRENCE J. O'NEILL
U.S. MAGISTRATE JUDGE