UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-00082 |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION FOLLOWING |
| | ) | REVOCATION OF PREVIOUSLY SET |
| V. | ) | CONDITIONS OF RELEASE |
| | ) | |
| GUILLERMO HUMBERTO DIAZ | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

A.  Order for Revocation And Detention

After conducting a hearing pursuant to 18 U.S.C. § 3148(h) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B.  Statement of Reasons For The Revocation And Detention

The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

  __X__ There is clear and convincing evidence that this defendant has violated a condition or conditions of release, to wit: failure to report for drug testing, Failure to Turning Point, and failure to enroll in mental health counseling and

  __X__   That based on the factors set forth in Section 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee; and

  __X__   That this defendant is unlikely to abide by any condition or combination of conditions of release.

IT IS SO ORDERED.

**Dated:   April 24, 2006**                    /s/ Lawrence J. O'Neill
b9ed48                                        UNITED STATES MAGISTRATE JUDGE